167 So.2d 667

## The DIA–LOG COMPANY

v.

## J. H. ANDERSON.

No. 47427.

Oct. 7, 1964.

In re: Fred E. Cooper, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 165 So.2d 610.

Writ refused. The result is correct.

167 So.2d 667

## UNIVERSAL MUD & SUPPLY CORPORATION

v.

## J. H. ANDERSON.

No. 47428.

Oct. 7, 1964.

In re: Fred E. Cooper, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 165 So.2d 613.

Writ refused. The result is correct.